UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, et al.,<br><br>                                Petitioners,<br><br>          v.<br><br>PARISH OF LAFOURCHE,<br><br>                                Respondent. | No.  24-CV-6097 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

        On August 12, 2024, Petitioners filed a petition for an order designating and appointing an umpire in an arbitration. *See* Dkt. 1. Petitioners have not yet docketed an affidavit of service. It is hereby:

        ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition by August 28, 2024. Respondent's opposition, if any, is due on September 18, 2024. Petitioners' reply, if any, is due on September 25, 2024.

        IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    August 15, 2024
             New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge